# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **MARY JANE KROSCHEL**, <br><br> Plaintiff, <br><br> v. <br><br> **MID-CENTURY INSURANCE COMPANY, a member company of FARMERS INSURANCE GROUP OF COMPANIES,** <br><br> Defendants. | Cause No. CV **18-00100-DLC-RWA** <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER HAVING COME BEFORE THE COURT on the stipulation of the parties, and the Court having considered the same, and being fully advised;

**IT IS HEREBY ORDERED** that all claims raised in the above-captioned matter should be, and the same hereby are, dismissed with prejudice, with each party to bear its own costs of action and attorneys' fees.

Done and dated in Butte this 26th day of September, 2018.

                                               /s/ Richard W. Anderson
                                              RICHARD W. ANDERSON
                                              UNITED STATES MAGISTRATE JUDGE